AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
## for the
## Western District of New York

United States of America

v.

Andrew C. Bennett

*Defendant*

Case No. 18-CR-

**18CR120**

FILED
JUL 13 2018
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ANDREW C. BENNETT, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Between in or about November 2017, the exact date being unknown to the Grand Jury, and on or about June 14, 2018, in the Western District of New York, and elsewhere, the defendants, DANNY W. MICHAEL, III, ALEXIS V. HALL, DESTINY J. HARE, ANDREW C. BENNETT, SEARCY E. FIELDS, JACOB A. MOTHERWELL, MICHAEL A. DAVIS, and STACIE N. YANCER did knowingly, willfully, and unlawfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with the intent to distribute, and to distribute, 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Date: JUN 1 4 2018

*Issuing officer's signature*

City and State: Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

### Return

This warrant was received on *(date)* 6/14/18, and the person was arrested on *(date)* 6/19/18, at *(city and state)* Jamestown, NY.

Date: 6/19/18

*Arresting officer's signature*

Gregory Mango - SA
*Printed name and title*